**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE CINCINNATI SPECIALTY** | : | **CIVIL ACTION** |
| **UNDERWRITERS INSURANCE** | : | |
| **COMPANY** | : | |
| | : | |
| **v.** | : | **NO.  24-3871** |
| | : | |
| **MAINLINE PRIVATE SECURITY,** | : | |
| **LLC,** *et al.* | : | |

## <u>ORDER</u>

**AND NOW**, this 16th day of December 2025, upon considering plaintiff's motion for summary judgment and statement of undisputed facts (DI 75, 76), defendants' oppositions and additional undisputed facts (DI 78, 79, 80), plaintiff's replies (DI 83, 84, 85, 86, 87, 88), defendants' sur-replies (DI 89, 91), following our November 10, 2025 motion hearing, and for reasons in the accompanying memorandum, it is **ORDERED**:

1.      Plaintiff's motion for summary judgment (DI 75) is **GRANTED**.

2.      Declaratory Judgment is entered in favor of Plaintiff, The Cincinnati Specialty Underwriters Insurance Company as follows:

a.      The allegations and claims asserted in the civil action captioned *Heather Pope and John Pope, Co-Executors of the Estate of Eric Pope, Deceased v. Mikey II, LLC d/b/a Tabu Lounge and Sports Bar, et al.* filed in the Court of Common Pleas of Philadelphia, Pennsylvania, at case number 240100623, fall entirely within the Exclusion – Assault or Battery with Limited Optional Coverage (Defense Within Limits) CSGA 346 09 19 endorsement of the Commercial General Liability Insurance Policy number CSU0151223 which Plaintiff, The Cincinnati Specialty Underwriters Insurance Company issued to Defendant, Mainline Private Security, LLC, for the policy period of May 25, 2021 to May 25, 2022;

b.       The allegations and claims asserted in the civil action captioned *Rishabh Abhyankar v. Harriel J. Rosario-Perez, 118 South 12th Street LP, South 12th Street Management LLC, 116 S. 12th Street LLC, Sansom Street Pub, Inc., d/b/a Finn McCool's Ale House, Finn McCool's Ale House, Mainline Private Security, LLC, RV+ J Family Restaurants, Inc., Tinsel, 1318 Brau Haus, Inc., and Craft Concepts Group, Inc.* filed in the Court of Common Pleas of Philadelphia County, PA at case number 230601679 (consolidated with case number 231000145), fall entirely within the Exclusion – Assault or Battery with Limited Optional Coverage (Defense Within Limits) CSGA 346 09 19 endorsement of the Commercial General Liability Insurance Policy number CSU0151223 which Plaintiff, The Cincinnati Specialty Underwriters Insurance Company issued to Defendant, Mainline Private Security, LLC, for the policy period of May 25, 2021 to May 25, 2022;

c.       The $250,000 aggregate limit of the Limited Optional Coverage (Defense Within Limits) CSGA 346 09 19 endorsement of the Commercial General Liability Insurance Policy number CSU0151223 which Plaintiff, The Cincinnati Specialty Underwriters Insurance Company issued to Defendant, Mainline Private Security, LLC, for the policy period of May 25, 2021 to May 25, 2022, has been exhausted by the payment of settlements for other claims and "defense costs" and as a result Plaintiff, The Cincinnati Specialty Underwriters Insurance Company is not obligated to defend/continue to defend or indemnify Defendant, Mainline Private Security, LLC or Defendant Mikey II Lounge, d/b/a Tabu Lounge and Sports Bar against:

i.       *Heather Pope and John Pope, as Co-Executors of the Estate of Eric Pope, Deceased vs. Mikey II, LLC d/b/a Tabu Lounge and Sports Bar, Mainline Private*

*Security, LLC, and Kenneth Frye*, No 240100623 (Pa. Ct. Com. Pl. Phila. Cnty., filed Jan. 5, 2024);

        ii.       *Rishabh Abhyankar v. Harriel J. Rosario-Perez, 118 South 12th Street LP, South 12th Street Management LLC, 116 S. 12th Street LLC, Sansom Street Pub, Inc., d/b/a Finn McCool's Ale House, Finn McCool's Ale House, Mainline Private Security, LLC, RV+ J Family Restaurants, Inc., Tinsel, 1318 Brau Haus, Inc., and Craft Concepts Group, Inc.*, No. 230601679 (Pa. Ct. Com. Pl. Phila Cnty., filed June 16, 2023).

**MURPHY, J.**